IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BENNIE FRANK LEWIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv809-MHT |
| | ) | (WO) |
| **RICARDO RANDLE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Plaintiff filed this lawsuit asserting that the Department of Veterans Affairs failed to repay him $ 1,132.34 in overpaid disability benefits that the Board of Veterans Appeals directed the department to repay. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of April, 2010.


                     /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE